MaribellaX Group Ltd.
20 Largest Unsecured Creditors
December 31, 2009

| (1) Name of Creditor and Complete Mailing Address, including Zip Code | (2) Name, Telephne Number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Richard Salamone<br>84 Norden Street<br>Staten Island, NY 10304 | 718-979-4040 | Mortgage on 59 Montgomery Avenue, Staten Island, New York | Unliquidated | $300,000.00<br>[$400,000.00 value of security] |
| David J Berman<br>362 St. Marks Place<br>Staten Island, NY 10301 | 718-815-0984 | Mortgage on 230 Bay Street, Staten Island, New York | Unliquidated | $130,000.00<br>[$850,000.00 value of security] |
| NYC Water Board<br>Department of Environmental Protection<br>59-17 Junction Boulevard, 8th | 718-595-6682 | Trade Debt for 41 Victory Blvd | Disputed | $86,725.19 |
| Gabor & Marotta LLC<br>1878 Victory Boulevard<br>Staten Island, NY 10314 | 718-390-0555 | Legal Fees | | $22,067.00 |
| Ives, Sultan & Spike<br>100 Crossways Park Drive West<br>Woodbury, NY 11797-2012 | 516-496-9500 | Accountant Services | | $19,632.75 |
| Gateway Arms Realty<br>285 St. Marks Place<br>Staten Island, NY 10301 | 718-273-3800 | Commission fee for professional services rendered in connection with lease of 230 Bay Street | | $10,000.00 |
| KeySpan Energy Delivery<br>PO Box 020690<br>Brooklyn NY 11202-9965 | 718-643-4050 | Trade Debt for 65 Montgomery Avenue | | $7,506.14 |
| Harleysville Insurance Processing Center<br>PO Box 37712<br>Philadelphia, Pa 19101-5012 | 914-747-5500 | Trade Debt - Insurance | | $6,918.16 |

| | | | | |
|---|---|---|---|---|
| Richmond Elevator 17 Rector Street Staten Island, NY 10310 | 718-720-3200 | Trade Debt | | $6,165.25 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 63 Montgomery Avenue, Staten Island, New York | | $5,567.58 |
| Con Edison JAF Station PO BOX 1702 New York, NY 10116-1702 | 888-925-5016 | Trade Debt for 63 Montgomery Avenue, Staten Island, New York | | $2,548.88 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 63 Montgomery Avenue, Staten Island, New York | | $1,894.72 |
| Buday & Schuster Architects 98 Linciln Avenue Staten Island, NY 10306 | 718-979-5700 | Trade Debt | | $1,800.00 |
| NYC Water Board PO Box 410 Church Street Station New York, NY  10008-0410 | 718-595-7000 | Municipal Government Debt for 59 Montgomery Avenue, Staten Island, New York | | $1,781.36 |
| Travelers Indemnity & Affiliates One Tower Square Hartford, CT 06183-1001 | 860-277-0111 | Trade Debt - Insurance | | $1,685.00 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 30 Victory Blvd, Staten Island, New York | | $1,547.56 |
| Verizon P.O. Box 15124 Albany, NY 12212-5124 | 718-890-2600 | Trade Debt | | $1,357.90 |
| Con Edison | 888-925-5016 | Trade Debt | | $1,334.44 |
| The Hartford Insurance PO Box 2907 Hartford, CT 06104-2907 | 866-467-8730 | Liability Insurance | | $984.78 |
| American International Group 22427 Network Place Chicago, IL 60673-1224 | 800-645-2259 | Trade Debt - Insurance | | $656.00 |

| | | | | |
|---|---|---|---|---|
| Capital One, F.S.B. PO Box 85184 Richmond, VA 23285-5184 | | Bank Fee | | $500.00 |
| NYC Water Board PO Box 410, Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Deby for 37 Victory Blvd, Staten Island, New York | | $426.63 |
| Con Edison JAF Station PO Box 1702 New York, NY 10116-1702 | 888-925-5016 | Trade Debt | | $395.54 |
| Hartford Insurance PO Box 2907 Hartford, CT 06104-2907 | 866-467-8730 | Trade Debt - Insurance | | $373.50 |
| T-Mobile PO Box 742596 Cincinnati, OH 45274-2596 | 800-937-8997 | Trade Debt | | $350.13 |
| Keyspan Energy Delivery PO Box 020690 Brooklyn, NY 11201-9965 | 718-643-4050 | Trade Debt | | $292.79 |
| Verizon PO Box 15124 Albany NY 12212-5124 | 718-890-2600 | Trade Debt | | $167.91 |
| Premium Financing Specialist PO Box 13454 Newark, NY 07188-3454 | 800-277-8878 | Trade Debt | | $164.28 |
| Time Warner Cable PO Box 371438 Pittsburgh, PA 15250-7438 | 718-816-8686 | Trade Debt | | $143.29 |
| Premium Financing Specialists Inc PO Box 13454 Newark, NJ 07188-0454 | 800-277-8878 | Trade Debt | | $137.30 |
| Con Edison JAF station PO Box 1702 NY, NY 10116-1702 | 888-925-5016 | Trade Debt | | $134.57 |
| Con Edison JAF station Po Box1702 New York, NY 10116-1702 | 888-925-5016 | Trade Debt | | $121.42 |

| Creditor | Phone | Description | Status | Amount |
|---|---|---|---|---|
| NYC Water Board PO Box 410, Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 109 Montgomery Avenue, Staten Island, New York | | $105.10 |
| National Benefit Life Insurance Company 333 West 34th Street New York, NY 10001-2403 | 800-222-2062 | Trade Debt - Insurance | | $95.50 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 95 Montgomery Avenue, Staten Island | | $57.58 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 101 Montgomery Avenue, Staten Island | | $55.54 |
| Con Edison JAF station PO Box 1702 New york, NY 10116-1702 | 888-925-5016 | Trade Debt for 31 Victory Blvd, Staten Island, New York | | $33.82 |
| Con Edison-25 Victory Basement | 888-925-5016 | Trade Debt for 25 Victory Blvd, Staten Island, New York | | $17.23 |
| Con Edison JAF station PO Box1702 New York, NY 10116-1702 | 888-925-5016 | Trade Debt | | $16.66 |
| Albara, Inc. ATTN: Alber Morcos 129 Prospect Street Staten Island, New York 10306 | | Mortgage on 37 Victory Blvd, Staten Island | Unliquidated | $1,100,000 [$500,000] |
| Total | | | | $1,713,761.50 |