Richard Salamone
84 Norden Street
Staten Island, NY 10304

David J Berman
362 St. Marks Place
Staten Island, NY 10301

NYC Water Board
Department of Environmental Protection
59-17 Junction Boulevard, 8th Floor
Flushing, NY 11373

NYC Water Board
PO Box 410
Church Street Station
New York, NY 10008-0410

Gabor & Marotta LLC
1878 Victory Boulevard
Staten Island, NY 10314

Ives, Sultan & Spike
100 Crossways Park Drive West
Woodbury, NY 11797-2012

Gateway Arms Realty
285 St. Marks Place
Staten Island, NY 10301

KeySpan Energy Delivery
PO Box 020690
Brooklyn  NY  11202-9965

Harleysville Insurance Processing Center
PO Box 37712
Philadelphia, Pa 19101-5012

Richmond Elevator
17 Rector Street
Staten Island, NY 10310

Con Edison
JAF Station PO BOX 1702
New York, NY  10116-1702

Con Edison
4 Irving Place
New York, NY 10003-3502

Buday & Schuster Architects
98 Linciln Avenue
Staten Island, NY 10306

Buday & Schuster Architects
16 Driggs St.
Staten Island, New York, 10308

Travelers Indemnity & Affiliates
One Tower Square
Hartford, CT 06183-1001

Verizon

P.O. Box 15124
Albany, NY 12212-5124

Verizon Wireless Bankruptcy Administration
P.O Box 3397
Bloomington, IL 61702

The Hartford Insurance
PO Box 2907
Hartford, CT 06104-2907

American International Group
22427 Network Place
Chicago, IL 60673-1224

Capital One, F.S.B.
PO Box 85184
Richmond, VA 23285-5184

T-Mobile
PO Box 742596
Cincinnati, OH  45274-2596

T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-53410

Premium Financing Specialist
PO Box 13454
Newark, NJ 07188-3454

Premium Financing Specialist
37 N Van Dien Ave,
Ridgewood, NJ

Time Warner Cable
PO Box 371438
Pittsburgh, PA  15250-7438

National Benefit Life Insurance Company
333 West 34th Street
New York, NY 10001-2403

NATIONAL BENEFIT LIFE INSURANCE COMPANY
One Court Square
Long Island City, NY 11120-0001

Sovereign Bank
619 Alexander Road
Princeton, NJ 08540
Sharil A. Clarke

Shiff Hardin LLP
900 Third Avenue
New York, New York 10022

Northfield Bank
581 Main Street, Suite 810
Woodbridge, NJ 07095

Albara, Inc.
ATTN: Alber Morcos
129 Prospect Street

Staten Island, New York 10306