B 203
(12/94)

# United States Bankruptcy Court

_____Eastern_____ District Of ___New York___

**In re**

    Maribellax Group, Ltd.                  Case No. __1-10-40156__-CEC

**Debtor**                                                   Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $_____

    Prior to the filing of this statement I have received ............................. $ _8,539.00_

    Balance Due ............................................................................................... $_____

2. The source of the compensation paid to me was:

    [x] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [x] Debtor          [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

Gabor & Marotta LLC will bill Client for our work in this matter subject to a written retainer based upon our standard hourly rates for legal services on a monthly basis. Our standard hourly fees are $350.00 per hour for partner time, $250.00 for associate time, and $125.00 per hour for paralegal time. Beyond hourly fees, certain other costs, expenses, and disbursements may be incurred in this representation. These costs and expenses will be billed in the same manner as our fees, or we may ask the Client to make direct payment to the party making the charge. The Client specifically agrees to be responsible for the payment of any and all expenses which are necessary to the Client's prosecution of the action and any defense which may be necessitated. The compensation herein shall not constitute a cap or limit on the fees and reimbursements to which Gabor & Marotta LLC shall be entitled. Client understands that the reasonableness of Gabor & Marotta LLC's fees and expenses is subject to review and allowance by the Bankruptcy Court and that ultimately Gabor & Marotta LLC's fees will be fixed by the Court upon the submission of appropriate interim and final fee application(s) and the entry of any orders of the Bankruptcy Court thereon pursuant to the requirements of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. It is understood and agreed that the initial compensation may not be sufficient to cover all of the work Gabor & Marotta LLC may undertake, in which event Client agrees to pay any fees allowed by the Bankruptcy Court in excess of the retainer as an approved administrative expense in the Chapter 11 case.

    6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

1/25/2010          s/ Richard M. Gabor
_____     _____
*Date*                             *Signature of Attorney*

                                 Gabor & Marotta LLC
                                 _____
                                        *Name of law firm*