UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                    Bankruptcy No. Chapter 11

       Maribellax Group Ltd.                      CORPORATE
                                                 AUTHORITY TO FILE
                                                 PETITION

       Fed Tax No. 13-417-6924
-----------------------------------------------------------------X

       The undersigned, being Kevin Barry Love, the President, Secretary and Treasurer, and sole stockholder of Maribellax Group, Ltd., certify that on January 4, 2010, a meeting of the Board of Directors and sole stockholder was held at 1878 Victory Boulevard, Staten Island, New York. At said meeting, a resolution was passed as follows:

       "Resolved, that the President be and hereby is individually authorized and directed to file on behalf of the Corporation, a petition under Chapter 11 of the Untied States Bankruptcy Code, and to take all steps necessary and proper for the filing of said petition, including the retention of Gabor & Marotta, LLC, 1878 Victory Boulevard, Staten Island, New York as attorney for that purpose."

       Certified under penalties of perjury this 8th day of January, 2010, by

Dated: January 8, 2010
       Staten Island, New York

                            _____
                            Kevin Barry Love
                            President, Secretary, & Treasurer.