UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Bankruptcy No. 1-10-40156-CEC |
| Maribellax Group Ltd. | Chapter 11 |
| | LIST OF EQUITY SECURITY HOLDERS |

------------------------------------------------------------X

A list of the equity security holders (the "Equity Security List") of the above-captioned debtor and debtor-in-possession (the "Debtor"), as of December 31, 2009, is filed by attachment hereto in accordance with Fed. R. Bankr. P. 1007(a)(3).

The Equity List has been prepared from the Debtor's books and records.

## DECLARATION

I, Kevin Barry Love, declare under penalties of perjury that I have reviewed the attached "List of Equity Security Holders" and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers and the Debtor's books and records.

Dated: January 25, 2010
       Staten Island, New York

                                                              ____s/ Kevin Barry Love_____
                                                              Kevin Barry Love
                                                              President, Secretary, & Treasurer

## LIST OF EQUITY SECURITY HOLDERS

| NAME OF DEBTOR | NAME OF SHARE/INTEREST HOLDER | OWNERSHIP INTEREST | NUMBER AND TYPE OF INTEREST |
|---|---|---|---|
| Maribellax Group Ltd. | Kevin Barry Love | 100% | All Outstanding Shares |