UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                    Bankruptcy No.
                                                          1-10-40156-CEC
    Maribellax Group Ltd.                                Chapter 11

                                                          AFFIDAVIT PURSUANT
                                                          TO LOCAL RULE 1007-4

-------------------------------------------------------------X

    Kevin Barry Love, Maribellax Group, Ltd., declares under penalties of perjury of the United States of America that the following is true and correct:

    1. I am the President, Secretary and Treasurer, and sole stockholder of Maribellax Group, Ltd. I submit this affidavit pursuant to Local rule 1007-4.

    2. The Debtor is not a small business debtor pursuant to Bankruptcy Code §101(51D).

    3. The Debtor is a real estate company which invests in properties. Debtor is currently in litigation with a Creditor regarding loans in the total aggregate amount of around THREE MILLION FIVE HUNDRED FORTY ONE THOUSAND ($3,500,000) DOLLARS. An Order of Judgment has been proposed to the Supreme Court of the State of New York, County of New York.

    4. The following are the holders of the 20 largest general unsecured claims, excluding insiders:

| Name of Creditor and Complete Mailing Address, including Zip Code | Name, Telephne Number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Albara, Inc.<br>ATTN: Alber Morcos<br>129 Prospect Street<br>Staten Island, New York 10306 | | Mortgage on 37 Victory Blvd, Staten Island | Unliquidated | $1,100,000 [$500,000] |
| Richard Salamone<br>84 Norden Street<br>Staten Island, NY 10304 | 718-979-4040 | Mortgage on 59 Montgomery Avenue, Staten Island, New York | Unliquidated | $300,000.00 [$400,000.00 value of security] |
| David J Berman<br>362 St. Marks Place<br>Staten Island, NY 10301 | 718-815-0984 | Mortgage on 230 Bay Street, Staten Island, New York | Unliquidated | $130,000.00 [$850,000.00 value of security] |
| NYC Water Board<br>Department of Environmental Protection<br>59-17 Junction Boulevard, 8th Floor<br>Flushing, NY 11373 | 718-595-6682 | Trade Debt for 41 Victory Blvd | Disputed | $86,725.19 |
| Gabor & Marotta LLC<br>1878 Victory Boulevard<br>Staten Island, NY 10314 | 718-390-0555 | Legal Fees | | $22,067.00 |
| Ives, Sultan & Spike<br>100 Crossways Park Drive West<br>Woodbury, NY 11797-2012 | 516-496-9500 | Accountant Services | | $19,632.75 |
| Gateway Arms Realty<br>285 St. Marks Place<br>Staten Island, NY 10301 | 718-273-3800 | Commission fee for professional services rendered in connection with lease of 230 Bay Street | | $10,000.00 |
| KeySpan Energy Delivery<br>PO Box 020690<br>Brooklyn NY 11202-9965 | 718-643-4050 | Trade Debt for 65 Montgomery Avenue | | $7,506.14 |
| Harleysville Insurance<br>Processing Center<br>PO Box 37712<br>Philadelphia, Pa 19101-5012 | 914-747-5500 | Trade Debt - Insurance | | $6,918.16 |

| Creditor | Phone | Type | | Amount |
|---|---|---|---|---|
| Richmond Elevator 17 Rector Street Staten Island, NY 10310 | 718-720-3200 | Trade Debt | | $6,165.25 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 63 Montgomery Avenue, Staten Island, New York | | $5,567.58 |
| Con Edison JAF Station PO BOX 1702 New York, NY 10116-1702 | 888-925-5016 | Trade Debt for 63 Montgomery Avenue, Staten Island, New York | | $2,548.88 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 63 Montgomery Avenue, Staten Island, New York | | $1,894.72 |
| Buday & Schuster Architects 98 Linciln Avenue Staten Island, NY 10306 | 718-979-5700 | Trade Debt | | $1,800.00 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 59 Montgomery Avenue, Staten Island, New York | | $1,781.36 |
| Travelers Indemnity & Affiliates One Tower Square Hartford, CT 06183-1001 | 860-277-0111 | Trade Debt - Insurance | | $1,685.00 |
| NYC Water Board PO Box 410 Church Street Station New York, NY 10008-0410 | 718-595-7000 | Municipal Government Debt for 30 Victory Blvd, Staten Island, New York | | $1,547.56 |
| Verizon P.O. Box 15124 Albany, NY 12212-5124 | 718-890-2600 | Trade Debt | | $1,357.90 |
| Con Edison | 888-925-5016 | Trade Debt | | $1,334.44 |
| The Hartford Insurance PO Box 2907 Hartford, CT 06104-2907 | 866-467-8730 | Liability Insurance | | $984.78 |
| American International Group 22427 Network Place Chicago, IL 60673-1224 | 800-645-2259 | Trade Debt - Insurance | | $656.00 |
| Capital One, F.S.B. PO Box 85184 Richmond, VA 23285-5184 | | Bank Fee | | $500.00 |

5. The following are the holders of the 5 largest secured claims:

| Name of Creditor and Complete Mailing Address, including Zip Code | Name, Telephne Number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sovereign Bank<br>619 Alexander Road<br>Princeton, NJ 08540<br>ATTN: SHaril A. Clarke | | Mortgage on 39-41 Victory Blvd, Staten Island, New York 10301 | Unliquidated, Disputed | $2,508,888.45 |
| Nortfield Bank<br>581 Main Street, Suite 810<br>Woodbridge, NJ 07095 | 718-979-4040 | Mortgage on 25-31 Victory Boulevard, Staten Island, NY 10301 | Unliquidated | $1,974,324.73 |
| Albara, Inc.<br>ATTN: Alber Morcos<br>129 Prospect Street<br>Staten Island, New York 10306 | | Mortgage on 37 Victory Blvd, Staten Island | Unliquidated | $1,100,000 [$500,000] |
| Sovereign Bank<br>619 Alexander Road<br>Princeton, NJ 08540<br>ATTN: SHaril A. Clarke | | Mortgage on 39-41 Victory Blvd, Staten Island, New York 10301 | Unliquidated, Disputed | $642,289.96 |
| Nortfield Bank<br>581 Main Street, Suite 810<br>Woodbridge, NJ 07095 | 718-979-4040 | Mortgage on 25-31 Victory Boulevard, Staten Island, NY 10301 | Unliquidated | $1,974,324.73 |

6. A summary of the debtor's assets and liabilities is attached to hereto.

7. The Debtor is a privately held corporation.

8. There are currently no properties of the Debtor which are in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

9. A list of the premises owned, leased, or held under any other arrangement from which the debtor operates its business is as follows:

| 25-31 Victory Boulevard, Staten | Block 0006 Lot 146 |
|---|---|

| | |
|---|---|
| Island, New York | |
| 37 Victory Boulevard, Staten Island, New York | Block 0006 Lot 152 |
| 39-41 Victory Boulevard, Staten Island, New York | Block 0006 Lot 153 |
| 53 Montgomery Avenue, Staten Island, New York | Block 0016 Lot 242 |
| 59 Montgomery Avenue, Staten Island, New York | Block 0016 Lot 40 |
| 63-65 Montgomery Avenue, Staten Island, New York | Block 0016 Lot 37 |
| 230 Bay Street, Staten Island, New York | Block 0489 Lot 74 |

10. The Debtor's significant assets are located in Staten Island, New York, as per the attached list of premises owned by the Debtor. The location of Debtor's books and records is care of Ives Sultan & Spike CPAs, 100 Crossways Park Drive West, Woodbury, NY 11797.

11. The Debtor is currently involved in litigation with Sovereign Bank, pending in the Supreme Court of the State of New York, Court of New York, under Index No. 113242/08 a judgment against Debtor is imminent.

12. As noted, the current President and 100% stockholder is Kevin Barry Love.

13. There exists no weekly payroll to employees (exclusive of officers, directors, stockholders, partners and members) for the 30-day period following the filing of the chapter 11 petition.

14. The amount proposed to be paid for services for the 30-day period following the filing of the Chapter 11 petition to officers and directors is: $0

15. A schedule, for the 30-day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid is reflected as the current rent roll and A/R Statement attached hereto.

Dated: January 25, 2010
      Staten Island, New York

s/
_____
Kevin Barry Love
President, Secretary, & Treasurer

Sworn to me this ___ day of

_____, 2010


_____
Notary Public