UNITED STATES BANKRUPTCY COURT
__EASTERN__ DISTRICT OF __NEW YORK__

In re __Maribellax Group Ltd.__      Case No. __1-10-40156-CEC__
    **Debtor**      Reporting Period: __January 12, 2010 to January 31, 2010__

Federal Tax I.D. # __13-4176924__

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | x | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | x | |
| Payments to Insiders and Professional | MOR-6 | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date __2-21-20__

Signature of Authorized Individual* _____    Date _____

Printed Name of Authorized Individual _____    Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| (ACCOUNT NUMBER LAST 4) | OPER | OPER | | OTHER | |
| CASH BEGINNING OF MONTH | 19,372 | 32 | | | 19,404 |
| **RECEIPTS** | | | | | |
| RENT | 22,590 | | | | 22,590 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | 0 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | 0 |
| LOANS AND ADVANCES | | | | | 0 |
| SALE OF ASSETS | | | | | 0 |
| OTHER *(ATTACH LIST)* | | | | | 0 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | 0 |
| TOTAL RECEIPTS | 22,590 | 0 | 0 | | 22,590 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | | 0 |
| PAYROLL TAXES | | | | | 0 |
| SALES, USE, & OTHER TAXES | | | | | 0 |
| INVENTORY PURCHASES | | | | | 0 |
| SECURED/ RENTAL/ LEASES | 36,785 | | | | 36,785 |
| INSURANCE | 8,771 | | | | 8,771 |
| ADMINISTRATIVE | 2,779 | | | | 2,779 |
| SELLING | 1,269 | | | | 1,269 |
| OTHER *(ATTACH LIST)* | 16,454 | 20 | | | 16,474 |
| OWNER DRAW * | | | | | 0 |
| TRANSFERS *(TO DIP ACCTS)* | | | | | 0 |
| PROFESSIONAL FEES | | | | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0 |
| COURT COSTS | | | | | 0 |
| TOTAL DISBURSEMENTS | 66,058 | 20 | 0 | | 66,078 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -43,468 | -20 | 0 | | -43,488 |
| CASH – END OF MONTH | -24,096 | 12 | 0 | 0 | -24,084 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 66,078 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 66,078 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Other Disbursements -

| | | |
|---|---|---:|
| Bank Charges | $ | 470 |
| Repairs and Maintenance | | 7,537 |
| Outside Services | | 8,467 |
| Total | $ | 16,474 |

MARIBELLAX GROUP LTD
63 MONTGOMERY AVENUE
STATEN ISLAND, NY 10301

**PERIODIC STATEMENT**
**Date:**   Jan 31, 2010
**Period:** Jan 01, 2010 to Jan 31, 2010
      (31 Days )

Effective 3/1/10 Our Evening Hours will be Thursdays & Fridays 4-6 p.m.
Thursday - 755 Forest Ave West Brighton & 1762 Hylan Blvd, Dongan Hills.
Friday - 4142 Hylan Blvd, Great Kills & 1065 Bay Street, Rosebank.

---

**ACCOUNT #: CK  - 003-008986**   Business Checking

Maribellax Group ltd

Enclosures: 46

| | |
|---|---:|
| **Beginning Balance** as of 01/01/10 | -7,340.93 |
| Deposits & Other Credits | 75,297.38 |
| Checks & Other Debits | 71,711.54 |
| Average Balance | 982.64 |
| **Ending Balance** as of 01/31/10 | -3,755.09 |

Charges And Fees
|  |  |  |
|---|---|---:|
| 1 | Monthly Service Fee | 15.00 |
| 15 | Paid NSF Fee | 375.00 |
| 2 | Returned NSF Fee | 60.00 |

**Transaction Information**

| Date | Check# | Description | Amount |
|---|---|---|---:|
| 01/04 | | Deposit | 4,981.66 |
| 01/04 | | Deposit | 7,989.00 |
| 01/04 | | ACH Debit PHONE PYMT, CAPITAL ONE ID: 000239860010831 | 1,800.00- |
| 01/05 | | ACH Debit ELEC REMIT, AMERICAN EXPRESS Internet Initiated Transaction- ID: 100104053749101 | 2,839.23- |
| 01/05 | | Paid NSF Fee | 25.00- |
| 01/05 | | Paid NSF Fee | 25.00- |

PERIODIC STATEMENT
MARIBELLAX GROUP LTD

Jan 31, 2010

## Transaction Information (continued)

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 01/05 | | Paid NSF Fee | 25.00- |
| 01/06 | | Deposit | 8,003.00 |
| 01/06 | | ACH Debit UTILITYPAY, NATIONAL GRID NY Telephone Initiated Transaction- ID: 03066545753 | 454.84- |
| 01/07 | | to brite | 139.00- |
| 01/07 | | ACH Debit PHONE PYMT, CAPITAL ONE ID: 000639860016916 | 450.00- |
| 01/07 | | Paid NSF Fee | 25.00- |
| 01/07 | | Paid NSF Fee | 25.00- |
| 01/08 | | to brite | 500.00- |
| 01/08 | | Deposit | 9,625.00 |
| 01/08 | | ACH Debit BILL PAY, BILLMATRIX Telephone Initiated Transaction- ID: 4487623842 | 3.50- |
| 01/08 | | ACH Debit BILL PAY, VERIZON MAIN Telephone Initiated Transaction- ID: 4487623841 | 59.11- |
| 01/08 | | ACH Debit PREMIUMS, OXFORD HEALTH ID: MG1588 | 1,508.61- |
| 01/11 | | to brite | 20.00- |
| 01/11 | | Deposit | 4,575.00 |
| 01/11 | | ACH Debit PHONE PMT, BMW CARD ID: 888800004902178 | 505.00- |
| 01/11 | | ACH Debit CREDITCARD, BARCLAYCARD US Telephone Initiated Transaction- ID: 80971439 | 700.00- |
| 01/12 | | to brite | 1,195.00- |
| 01/12 | | ACH Debit INTELL CK, CON ED OF NY ID: 701585337500005 | 153.28- |
| 01/12 | | Paid NSF Fee | 25.00- |
| 01/13 | | Deposit | 2,500.00 |
| 01/13 | | ACH Debit INTELL CK, CON ED OF NY ID: 702135329000033 | 440.67- |
| 01/14 | | to brite | 641.00- |
| 01/14 | | ACH Debit PHONE PYMT, CAPITAL ONE ID: 001339860021421 | 400.00- |
| 01/14 | | ACH Debit ELEC REMIT, AMERICAN EXPRESS Internet Initiated Transaction- ID: 100113052087884 | 690.44- |
| 01/14 | | Paid NSF Fee | 25.00- |
| 01/15 | | Deposit | 300.00 |

## Transaction Information (continued)

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 01/15 | | Deposit | 500.00 |
| 01/15 | | Paid NSF Fee | 25.00- |
| 01/15 | | Paid NSF Fee | 25.00- |
| 01/15 | | Paid NSF Fee | 25.00- |
| 01/19 | | Deposit | 500.00 |
| 01/19 | | Deposit | 700.00 |
| 01/19 | | Deposit | 2,500.00 |
| 01/19 | 2705 | Returned Item Credit | 3,103.25 |
| 01/19 | 2706 | Returned Item Credit | 3,529.13 |
| 01/20 | | Returned NSF Fee | 30.00- |
| 01/20 | | Returned NSF Fee | 30.00- |
| 01/22 | | Paid NSF Fee | 25.00- |
| 01/22 | | Paid NSF Fee | 25.00- |
| 01/22 | | Paid NSF Fee | 25.00- |
| 01/25 | | Deposit | 903.00 |
| 01/25 | | Deposit | 5,319.24 |
| 01/25 | | Deposit | 6,268.10 |
| 01/26 | | Returned Deposit Item | 903.00- |
| 01/26 | | Paid NSF Fee | 25.00- |
| 01/27 | | Deposit | 2,000.00 |
| 01/27 | | Deposit | 2,650.00 |
| 01/27 | | ACH Debit PCS SVC, T-MOBILE TEL Telephone Initiated Transaction- ID: 4414707 | 350.13- |
| 01/28 | | to 003-008973 | 500.00- |
| 01/28 | | Deposit | 9,351.00 |
| 01/29 | | ACH Debit BILL PAY, HARLEYSVILLE - C Telephone Initiated Transaction- ID: 5640602041 | 6,917.28- |
| 01/29 | | Paid NSF Fee | 25.00- |
| 01/31 | | Monthly Service Fee | 15.00- |

## Check Information

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 01/13 | * | 125.99 | | 01/06 | 2673 * | 190.81 |
| 01/25 | 2656 * | 850.00 | | 01/07 | 2677 * | 23.00 |
| 01/11 | 2666 * | 1,600.00 | | 01/04 | 2678 | 600.00 |
| 01/06 | 2667 | 237.78 | | 01/07 | 2679 | 47.94 |
| 01/25 | 2668 | 800.00 | | 01/11 | 2680 | 27.70 |
| 01/04 | 2669 | 1,080.00 | | 01/05 | 2681 | 3,048.00 |

Jan 31, 2010

## Check Information (continued)

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 01/07 | 2682 | 1,500.00 | | 01/13 | 2702 | 50.00 |
| 01/05 | 2683 | 1,070.00 | | 01/15 | 2703 | 520.00 |
| 01/07 | 2684 | 1,300.00 | | 01/15 | 2704 | 840.00 |
| 01/13 | 2685 | 134.66 | | 01/22 | 2705 | 3,103.25 |
| 01/06 | 2686 | 980.00 | | 01/19 | 2705 * | 3,103.25 |
| 01/08 | 2687 | 62.52 | | 01/19 | 2706 | 3,529.13 |
| 01/21 | 2688 | 125.00 | | 01/22 | 2706 * | 3,529.13 |
| 01/11 | 2689 | 1,833.00 | | 01/22 | 2707 | 113.45 |
| 01/11 | 2690 | 390.00 | | 01/22 | 2708 | 868.65 |
| 01/11 | 2691 | 800.00 | | 01/26 | 2709 | 1,660.00 |
| 01/12 | 2693 * | 1,400.00 | | 01/26 | 2710 | 900.00 |
| 01/15 | 2694 | 1,484.00 | | 01/28 | 2711 | 740.00 |
| 01/08 | 2695 | 740.00 | | 01/27 | 2712 | 1,800.00 |
| 01/08 | 2696 | 1,000.00 | | 01/25 | 2717 * | 1,600.00 |
| 01/11 | 2697 | 50.00 | | 01/28 | 2718 | 70.30 |
| 01/27 | 2698 | 144.00 | | 01/27 | 2719 | 200.00 |
| 01/19 | 2699 | 108.59 | | 01/28 | 2720 | 757.00 |
| 01/21 | 2701 * | 54.30 | | 01/29 | 2722 * | 4,900.00 |

* Indicates a break in the Check number order.

## Daily Balance Information

| Date | Balance | | Date | Balance | | Date | Balance |
|------|---------|---|------|---------|---|------|---------|
| 01/04 | 2,149.73 | | 01/13 | 1,123.09 | | 01/25 | 2,150.62 |
| 01/05 | -4,882.50 | | 01/14 | -633.35 | | 01/26 | -1,337.38 |
| 01/06 | 1,257.07 | | 01/15 | -2,752.35 | | 01/27 | 818.49 |
| 01/07 | -2,252.87 | | 01/19 | -5,793.32 | | 01/28 | 8,102.19 |
| 01/08 | 3,498.39 | | 01/20 | 779.06 | | 01/29 | -3,740.09 |
| 01/11 | 2,147.69 | | 01/21 | 599.76 | | 01/31 | -3,755.09 |
| 01/12 | -625.59 | | 01/22 | -7,089.72 | | | |



1/13/2010   $125.99

1/13/2010   $125.99

1/25/2010   2656   $850.00

1/25/2010   2656   $850.00

1/11/2010   2666   $1,600.00

1/11/2010   2666   $1,600.00

1/6/2010   2667   $237.78

1/6/2010   2667   $237.78

1/25/2010   2668   $800.00

1/25/2010   2668   $800.00

1/4/2010   2669   $1,080.00

1/4/2010   2669   $1,080.00



1/6/2010   2673   $190.81

1/6/2010   2673   $190.81

1/7/2010   2677   $23.00

1/7/2010   2677   $23.00

1/4/2010   2678   $600.00

1/4/2010   2678   $600.00

1/7/2010   2679   $47.94

1/7/2010   2679   $47.94

1/11/2010   2680   $27.70

1/11/2010   2680   $27.70

1/5/2010   2681   $3,048.00

1/5/2010   2681   $3,048.00



1/7/2010   2682   $1,500.00

1/5/2010   2683   $1,070.00

1/7/2010   2684   $1,300.00

1/13/2010   2685   $134.66

1/6/2010   2686   $980.00

1/8/2010   2687   $62.52



1/21/2010  2688  $125.00

1/21/2010  2688  $125.00

1/11/2010  2689  $1,833.00

1/11/2010  2689  $1,833.00

1/11/2010  2690  $390.00

1/11/2010  2690  $390.00

1/11/2010  2691  $800.00

1/11/2010  2691  $800.00

1/12/2010  2693  $1,400.00

1/12/2010  2693  $1,400.00

1/15/2010  2694  $1,484.00

1/15/2010  2694  $1,484.00



1/8/2010   2695   $740.00

1/8/2010   2695   $740.00

1/8/2010   2696   $1,000.00

1/8/2010   2696   $1,000.00

1/11/2010   2697   $50.00

1/11/2010   2697   $50.00

1/27/2010   2698   $144.00

1/27/2010   2698   $144.00

1/19/2010   2699   $108.59

1/19/2010   2699   $108.59

1/21/2010   2701   $54.30

1/21/2010   2701   $54.30



1/13/2010   2702   $50.00

1/13/2010   2702   $50.00

1/15/2010   2703   $520.00

1/15/2010   2703   $520.00

1/15/2010   2704   $840.00

1/15/2010   2704   $840.00

1/22/2010   2705   $3,103.25

1/22/2010   2705   $3,103.25

1/22/2010   2706   $3,529.13

1/22/2010   2706   $3,529.13

1/22/2010   2707   $113.45

1/22/2010   2707   $113.45



1/22/2010  2708  $868.65

1/22/2010  2708  $868.65

1/26/2010  2709  $1,660.00

1/26/2010  2709  $1,660.00

1/26/2010  2710  $900.00

1/26/2010  2710  $900.00

1/28/2010  2711  $740.00

1/28/2010  2711  $740.00

1/27/2010  2712  $1,800.00

1/27/2010  2712  $1,800.00

1/25/2010  2717  $1,600.00

1/25/2010  2717  $1,600.00



1/28/2010   2718   $70.30



1/28/2010   2718   $70.30



1/27/2010   2719   $200.00



1/27/2010   2719   $200.00



1/28/2010   2720   $757.00



1/28/2010   2720   $757.00



1/29/2010   2722   $4,900.00



1/29/2010   2722   $4,900.00

# Maribella X Group, Ltd.
## Check Detail
### January 12 - 31, 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 1/12/2010 | Brite Carting | | 10131 · Victory state - Checking | | -700.00 |
| | | | | | 1155 · Due to/from Brite Carting | -700.00 | 700.00 |
| TOTAL | | | | | | -700.00 | 700.00 |
| Check | | 1/12/2010 | con-edsion | | 10131 · Victory state - Checking | | -153.28 |
| | | | | | 6390 · Utilities | -153.28 | 153.28 |
| TOTAL | | | | | | -153.28 | 153.28 |
| Check | | 1/13/2010 | Capital 1 | | 10131 · Victory state - Checking | | -400.00 |
| | | | | | 6600 · Office | -400.00 | 400.00 |
| TOTAL | | | | | | -400.00 | 400.00 |
| Bill Pmt -Check | | 1/13/2010 | American Express | | 10131 · Victory state - Checking | | -690.44 |
| Bill | | 1/13/2010 | | | 6255 · Building | -690.44 | 690.44 |
| TOTAL | | | | | | -690.44 | 690.44 |
| Check | | 1/13/2010 | con-edsion | | 10131 · Victory state - Checking | | -440.67 |
| | | | | | 6390 · Utilities | -440.67 | 440.67 |
| TOTAL | | | | | | -440.67 | 440.67 |
| Bill Pmt -Check | | 1/20/2010 | Capital One-5178-0.. | | 10131 · Victory state - Checking | | -500.00 |
| Bill | | 12/9/2009 | | | 6240 · Miscellaneous | -500.00 | 1,000.00 |
| TOTAL | | | | | | -500.00 | 1,000.00 |
| Bill Pmt -Check | | 1/22/2010 | Travelers Indemnit.. | | 10131 · Victory state - Checking | | -868.65 |
| Bill | | 10/29/2009 | | | 6180 · Insurance | -868.65 | 868.65 |
| TOTAL | | | | | | -868.65 | 868.65 |
| Bill Pmt -Check | | 1/22/2010 | Time Warner Cable | | 10131 · Victory state - Checking | | -350.13 |
| Bill | | 1/1/2010 | | | 8010 · Other Expenses | -350.13 | 350.13 |
| TOTAL | | | | | | -350.13 | 350.13 |
| Bill Pmt -Check | | 1/28/2010 | Harleysville insura.. | | 10131 · Victory state - Checking | | -6,917.28 |
| Bill | | 10/9/2009 | | | 6180 · Insurance | -4,611.24 | 4,611.24 |
| Bill | | 12/7/2009 | | | 6180 · Insurance | -2,306.04 | 2,306.04 |
| TOTAL | | | | | | -6,917.28 | 6,917.28 |
| Check | | 1/29/2010 | Best Buy | | 10131 · Victory state - Checking | | -479.74 |
| | | | | | 6600 · Office | -479.74 | 479.74 |
| TOTAL | | | | | | -479.74 | 479.74 |
| Check | | 1/29/2010 | con-edsion | | 10131 · Victory state - Checking | | -174.34 |
| | | | | | 6390 · Utilities | -174.34 | 174.34 |
| TOTAL | | | | | | -174.34 | 174.34 |
| Check | | 1/29/2010 | National Grid | | 10131 · Victory state - Checking | | -244.09 |
| | | | | | 6390 · Utilities | -244.09 | 244.09 |
| TOTAL | | | | | | -244.09 | 244.09 |
| Check | | 1/29/2010 | verizon | | 10131 · Victory state - Checking | | -62.00 |

# Maribella X Group, Ltd.
## Check Detail
### January 12 - 31, 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| | | | | | 6340 · Telephone | -62.00 | 62.00 |
| TOTAL | | | | | | -62.00 | 62.00 |
| | | | | | | | |
| Bill Pmt -Check | | 1/31/2010 | The Hartford Insura.. | | 10131 · Victory state - Checking | | -984.78 |
| Bill | | 12/1/2009 | | | 6180 · Insurance | -984.78 | 984.78 |
| TOTAL | | | | | | -984.78 | 984.78 |
| | | | | | | | |
| Check | | 1/31/2010 | Bank Charge | | 10131 · Victory state - Checking | | -460.00 |
| | | | | | 6120 · Bank Service Charges | -450.00 | 450.00 |
| TOTAL | | | | | | -450.00 | 450.00 |
| | | | | | | | |
| Check | 2656 | 1/20/2010 | Cash | | 10131 · Victory state - Checking | | -850.00 |
| | | | | | 6600 · Office | -850.00 | 850.00 |
| TOTAL | | | | | | -850.00 | 850.00 |
| | | | | | | | |
| Check | 2668 | 1/20/2010 | Cash | | 10131 · Victory state - Checking | | -800.00 |
| | | | | | 6600 · Office | -800.00 | 800.00 |
| TOTAL | | | | | | -800.00 | 800.00 |
| | | | | | | | |
| Check | 2692 | 1/25/2010 | Robert Adamo | | 10131 · Victory state - Checking | | -6,000.00 |
| | | | | | 6290 · Rent | -6,000.00 | 6,000.00 |
| TOTAL | | | | | | -6,000.00 | 6,000.00 |
| | | | | | | | |
| Check | 2698 | 1/22/2010 | NYC Deparment of... | | 10131 · Victory state - Checking | | -144.00 |
| | | | | | 6715 · Violation Ticket | -144.00 | 144.00 |
| TOTAL | | | | | | -144.00 | 144.00 |
| | | | | | | | |
| Check | 2699 | 1/12/2010 | Home Depot | | 10131 · Victory state - Checking | | -108.59 |
| | | | | | 6255 · Building | -108.59 | 108.59 |
| TOTAL | | | | | | -108.59 | 108.59 |
| | | | | | | | |
| Check | 2701 | 1/13/2010 | Home Depot | | 10131 · Victory state - Checking | | -54.30 |
| | | | | | 6255 · Building | -54.30 | 54.30 |
| TOTAL | | | | | | -54.30 | 54.30 |
| | | | | | | | |
| Check | 2702 | 1/13/2010 | Stephen Love | | 10131 · Victory state - Checking | | -50.00 |
| | | | | | 6110 · Automobile Expense | -50.00 | 50.00 |
| TOTAL | | | | | | -50.00 | 50.00 |
| | | | | | | | |
| Check | 2703 | 1/15/2010 | Cash | | 10131 · Victory state - Checking | | -520.00 |
| | | | | | 6265 · Outside Services | -520.00 | 520.00 |
| TOTAL | | | | | | -520.00 | 520.00 |
| | | | | | | | |
| Check | 2704 | 1/15/2010 | Maria Love | | 10131 · Victory state - Checking | | -840.00 |
| | | | | | 6265 · Outside Services | -840.00 | 840.00 |
| TOTAL | | | | | | -840.00 | 840.00 |
| | | | | | | | |
| Check | 2705 | 1/15/2010 | Northfield Bank | | 10131 · Victory state - Checking | | -3,103.25 |
| | | | | | 1155 · Due to/from Brite Carting | -3,103.25 | 3,103.25 |

# Maribella X Group, Ltd.
## Check Detail
### January 12 - 31, 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | | | | -3,103.25 | 3,103.25 |
| Check | 2706 | 1/15/2010 | Northfield Bank | | 10131 · Victory state - Checking | | -3,529.13 |
| | | | | | 2206 · Northfield LOC | -762.15 | 762.15 |
| | | | | | 1703 · Escrow - Northfield 59 Mon | -251.38 | 251.38 |
| | | | | | 7200 · Interest Exp | -2,515.60 | 2,515.60 |
| TOTAL | | | | | | -3,529.13 | 3,529.13 |
| Check | 2707 | 1/14/2010 | Home Depot | | 10131 · Victory state - Checking | | -113.45 |
| | | | | | 6255 · Building | -113.45 | 113.45 |
| TOTAL | | | | | | -113.45 | 113.45 |
| Check | 2709 | 1/23/2010 | Wojciech Karas | | 10131 · Victory state - Checking | | -1,660.00 |
| | | | | | 6265 · Outside Services | -1,660.00 | 1,660.00 |
| TOTAL | | | | | | -1,660.00 | 1,660.00 |
| Check | 2710 | 1/22/2010 | W. Karas | | 10131 · Victory state - Checking | | -900.00 |
| | | | | | 6265 · Outside Services | -900.00 | 900.00 |
| TOTAL | | | | | | -900.00 | 900.00 |
| Check | 2711 | 1/25/2010 | Maria Love | | 10131 · Victory state - Checking | | -740.00 |
| | | | | | 6265 · Outside Services | -740.00 | 740.00 |
| TOTAL | | | | | | -740.00 | 740.00 |
| Check | 2712 | 1/29/2010 | Jorg Vaterlaus | | 10131 · Victory state - Checking | | -1,800.00 |
| | | | | | 2500 · Security Deposits | -1,800.00 | 1,800.00 |
| TOTAL | | | | | | -1,800.00 | 1,800.00 |
| Check | 2713 | 1/29/2010 | Wojciech Karas | | 10131 · Victory state - Checking | | -1,400.00 |
| | | | | | 6265 · Outside Services | -1,400.00 | 1,400.00 |
| TOTAL | | | | | | -1,400.00 | 1,400.00 |
| Check | 2717 | 1/25/2010 | Cash | | 10131 · Victory state - Checking | | -1,600.00 |
| | | | | | 6255 · Building | -1,600.00 | 1,600.00 |
| TOTAL | | | | | | -1,600.00 | 1,600.00 |
| Check | 2718 | 1/26/2010 | Shermin Williams | | 10131 · Victory state - Checking | | -70.30 |
| | | | | | 6255 · Building | -70.30 | 70.30 |
| TOTAL | | | | | | -70.30 | 70.30 |
| Check | 2719 | 1/29/2010 | Stephen Love | | 10131 · Victory state - Checking | | -200.00 |
| | | | | | 6600 · Office | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| Check | 2720 | 1/29/2010 | Stephen Love | | 10131 · Victory state - Checking | | -757.00 |
| | | | | | 6265 · Outside Services | -757.00 | 757.00 |
| TOTAL | | | | | | -757.00 | 757.00 |
| Check | 2721 | 1/29/2010 | Grzegorz Krepa | | 10131 · Victory state - Checking | | -150.00 |
| | | | | | 6265 · Outside Services | -150.00 | 150.00 |

# Maribella X Group, Ltd.
## Check Detail
### January 12 - 31, 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | | | | -150.00 | 150.00 |
| Check | 2722 | 1/29/2010 | Cash | | 10131 · Victory state - Checking | | -4,900.00 |
| | | | | | 6255 · Building | -4,900.00 | 4,900.00 |
| TOTAL | | | | | | -4,900.00 | 4,900.00 |
| Check | 2723 | 1/29/2010 | Northfield Bank | | 10131 · Victory state - Checking | | -16,162.00 |
| | | | | | 2319 · loan payable - 25 Victon | -2,752.27 | 2,752.27 |
| | | | | | 1707 · Escrow - Northfield 25 Victon | -2,998.86 | 2,998.86 |
| | | | | | 7200 · Interest Exp | -10,410.87 | 10,410.87 |
| TOTAL | | | | | | -16,162.00 | 16,162.00 |
| Check | 2724 | 1/29/2010 | Northfield Bank | | 10131 · Victory state - Checking | | -5,291.00 |
| | | | | | 2362 · Northfiled Bank - 122480 | -778.13 | 778.13 |
| | | | | | 7200 · Interest Exp | -3,682.06 | 3,682.06 |
| | | | | | 1702 · Escrow - Northfield 122480 | -830.81 | 830.81 |
| TOTAL | | | | | | -5,291.00 | 5,291.00 |
| Check | 2725 | 1/30/2010 | Cassandra Properti... | | 10131 · Victory state - Checking | | -1,500.00 |
| | | | | | 6265 · Outside Services | -1,500.00 | 1,500.00 |
| TOTAL | | | | | | -1,500.00 | 1,500.00 |

# Northfield Bank

581 Main Street, Suite 810
Woodbridge, NJ 07095

>00575 6196033 001 092047

MARIBELLA X GROUP LTD                              30
C/O 63 MONTGOMERY AVE                               0
STATEN ISLAND NY  10301                             0

```
================================================================
                 Business Checking ACCOUNT 23007479
================================================================
```

|                       |        | LAST STATEMENT 12/31/09 | 32.43 |
|-----------------------|--------|-------------------------|-------|
| MINIMUM BALANCE       | 32.43  | CREDITS                 | .00   |
| AVG AVAILABLE BALANCE | 32.43  | 1 DEBITS                | 20.00 |
| AVERAGE BALANCE       | 32.43  | THIS STATEMENT 01/29/10 | 12.43 |

- - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION    | DATE  | AMOUNT |
|----------------|-------|--------|
| SERVICE CHARGE | 01/29 | 20.00  |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR MAINTENANCE FEE:                  20.00

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
**********************************************************
*                                                        *
*                         TOTAL FOR        TOTAL         *
*                         THIS PERIOD    YEAR TO DATE     *
* TOTAL OVERDRAFT FEES:       .00            .00          *
* TOTAL RETURNED ITEM FEES:   .00            .00          *
**********************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -

| DATE...........BALANCE | DATE...........BALANCE | DATE...........BALANCE |
|------------------------|------------------------|------------------------|
| 01/29         12.43    |                        |                        |


MEMBER
FDIC

# Maribella X Group, Ltd.
## Check Detail
### January 12 - 31, 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 1/29/2010 | Bank Charge | | 1002 · Northfield Bank | | -20.00 |
| | | | | | 6120 · Bank Service Charges | -20.00 | 20.00 |
| TOTAL | | | | | | -20.00 | 20.00 |

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach MOR-5 (RE) Rent Roll | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 194 | 194 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | 2,130 | 2,130 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 8,787 | 8,787 |
| Rent and Lease Expense | 6,000 | 6,000 |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Telephone and Utilities | 1,074 | 1,074 |
| Other *(attach schedule)* | 9,091 | 9,091 |
| Total Operating Expenses Before Depreciation | 27,276 | 27,276 |
| Depreciation/Depletion/Amortization | 78,557 | 78,557 |
| Net Profit (Loss) Before Other Income & Expenses | -105,833 | -105,833 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | 16,639 | 16,639 |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | -122,472 | -122,472 |

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -122,472 | -122,472 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank Charges | 624 | 470 |
| Outside Services | 8,467 | 8,467 |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | -24,084 | | 19,405 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | 26,192 | | 50,032 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | 15,972 | | 12,191 |
| TOTAL CURRENT ASSETS | 18,080 | 0 | 81,628 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 7,486,406 | | 7,486,406 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | -643,138 | | -579,550 |
| TOTAL PROPERTY & EQUIPMENT | 6,843,268 | 0 | 6,906,856 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | 15,221 | | 15,221 |
| Other Assets *(attach schedule)* | 118,761 | | 133,730 |
| TOTAL OTHER ASSETS | 133,982 | 0 | 148,951 |
| TOTAL ASSETS | 6,995,330 | 0 | 7,137,435 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | 209,682 | | 213,485 |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 7,056,658 | | 7,062,867 |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | 114,540 |
| TOTAL POST-PETITION LIABILITIES | 7,266,340 | 0 | 7,390,892 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | 615,841 | | 625,462 |
| TOTAL PRE-PETITION LIABILITIES | 615,841 | 0 | 625,462 |
| TOTAL LIABILITIES | 7,882,181 | 0 | 8,016,354 |
| **OWNER EQUITY** | | | |
| Capital Stock | 3,000 | | 3,000 |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | -767,379 | | -767,379 |
| Retained Earnings - Post-petition | -122,472 | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | -886,851 | 0 | -764,379 |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 6,995,330 | 0 | 7,251,975 |

\*"Insider" is defined in 11 U.S.C. Section 101(31).    0    0

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| Escrow | 15,972 | | 12,191 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | 0 |
| FICA-Employee | | | | | | 0 |
| FICA-Employer | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Income | | | | | | 0 |
| Other: | | | | | | 0 |
| Total Federal Taxes | 0 | 0 | 0 | | | 0 |
| State and Local | | | | | | |
| Withholding | | | | | | 0 |
| Sales | | | | | | 0 |
| Excise | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Real Property | | | | | | 0 |
| Personal Property | | | | | | 0 |
| Other: | | | | | | 0 |
| Total State and Local | 0 | 0 | 0 | | | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | 0 |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders | | | | | | 0 |
| Other: | | | | | | 0 |
| Other: | | | | | | 0 |
| Total Post-petition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____

In re Maribellax Group Ltd.
       Debtor

Case No. 1-10-40156-CEC
Reporting Period:  January 12, 2010 to January 31, 2010

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 50,032 |
| Plus: Amounts billed during the period | 0 |
| Less: Amounts collected during the period | 23,840 |
| Total Accounts Receivable at the end of the reporting period | 26,192 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 5,000 | 917 | 955 | 19,320 | 26,192 |
| 31 - 60 days old | | | | | 0 |
| 61 - 90 days old | | | | | 0 |
| 91+ days old | | | | | 0 |
| Total Accounts Receivable | 5,000 | 917 | 955 | 19,320 | 26,192 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | 5,000 | 917 | 955 | 19,320 | 26,192 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | 0 |
| 31 - 60 days old | | | | | 0 |
| 61 - 90 days old | | | | | 0 |
| 91+ days old | | | | | 0 |
| Total Taxes Payable | 0 | 0 | 0 | 0 | 0 |
| Total Accounts Payable | | | | | 0 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS |  |  |  |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS |  |  |  |  |  |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

# UNITED STATES BANKRUPTCY COURT

In re __Maribellax Group Ltd.__
_____Debtor_____

Case No. __1-10-40156-CEC__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __1/12/10 ~ 1/31/10__          Date filed: __1/11/10__

Line of Business: __Rental Real Estate__          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 16,321

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____

Cash on Hand at End of Month $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 16,321

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 53,536

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 16,321

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 53,536

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH $ (37,215)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  *0*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $  26,192

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                 $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:           $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Maribella X Group, Ltd.
## Profit & Loss
### January 12 - 31, 2010

|  | Jan 12 - 31, 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| Income | |
| 5000 · Rental | 16,321.00 |
| **Total Income** | 16,321.00 |
| | |
| Expense | |
| 6110 · Automobile Expense | 50.00 |
| 6120 · Bank Service Charges | 624.13 |
| 6180 · Insurance | 8,770.71 |
| 6255 · Building | 8,787.08 |
| 6265 · Outside Services | 8,467.00 |
| 6290 · Rent | 6,000.00 |
| 6340 · Telephone | 62.00 |
| 6390 · Utilities | 1,012.38 |
| 6580 · Supplies | |
| 6600 · Office | 2,979.87 |
| **Total 6580 · Supplies** | 2,979.87 |
| | |
| 6715 · Violation Ticket | 144.00 |
| 7200 · Interest Exp | 16,638.61 |
| **Total Expense** | 53,535.78 |
| | |
| **Net Ordinary Income** | -37,214.78 |
| | |
| **Net Income** | -37,214.78 |

## Maribella X Group, Ltd.
## A/R Aging Summary
### As of January 31, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Bayview Community Council | 0.00 | 200.00 | 0.00 | 0.00 | 1,720.00 | 1,920.00 |
| Community Health Action | 0.00 | 0.00 | 916.76 | 0.00 | 0.00 | 916.76 |
| John Regis | 0.00 | 1,400.00 | 0.00 | 950.00 | -400.00 | 1,950.00 |
| Planet Pleasure | 0.00 | 3,400.00 | 0.00 | 5.25 | | 3,405.25 |
| Profit Wisdom | 0.00 | 0.00 | 0.00 | 0.00 | 18,000.00 | 18,000.00 |
| TOTAL | 0.00 | 5,000.00 | 916.76 | 955.25 | 19,320.00 | 26,192.01 |