UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X

In re

Maribellax Group, Ltd., aka Maribellax Group,        Case No. 1-10-40156 (CEC)

        Chapter 11

_____X

## ORDER AUTHORIZING THE EMPLOYMENT OF
## GABOR & MAROTTA LLC AS
## ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

Upon the application dated March 8, 2010 (the "**Application**") of

MARIBELLAX GROUP, LTD., A/K/A MARIBELLAX GROUP, the above-captioned

debtor and debtor in possession (the "Debtor"), requesting authorization to employ the

law firm of Gabor & Marotta LLC under a general retainer to represent it as debtor and

debtor in possession in this Chapter 11 case; and upon the Declaration of **Richard M.**

**Gabor** dated March 8, 2010 (the "**Declaration**") annexed to the Application and

submitted pursuant to section 329 of the Bankruptcy Code, and Bankruptcy Rules 2014

(a) and 2016 (b); and upon the Supplemental Declaration of Kevin Barry Love dated

March 8, 2010; and it appears that Gabor & Marotta LLC represents no interest adverse

to the Debtor or to its estate in matters upon which it will be engaged, that Gabor &

Marotta LLC's employment is necessary and would be in the best interests of the

Debtor's estate and that the case is one justifying a general retainer; and upon the sub-

joined non-objection of the United States Trustee, it is

ORDERED, that the Debtor be, and it hereby is, authorized to employ Gabor &

Marotta LLC, <u>nunc</u> <u>pro</u> <u>tunc</u> to January 11, 2010, to represent it as debtor and debtor in

possession under a general retainer on the terms set forth in the Application and the

Declaration, with the compensation of Gabor & Marotta LLC to be fixed by this Court upon the filing of proper applications therefore in accordance with sections 330 and 331 of the Bankruptcy Code; and it is further

ORDERED, that Gabor & Marotta LLC shall be compensated in accordance with the procedures set forth in §§330 and331 of the Bankruptcy Code, applicable Rules of Bankruptcy Procedure, Local Rules and Orders of the Court, guidelines established by the Office of the United States Trustee, and such further procedures as may be fixed by order of this Court; and it is further

Dated: New York, New York
      March __, 2010

_____
CHIEF UNITED STATES BANKRUPTCY JUDGE


THE UNDERSIGNED HAS NO OBJECTION
TO THE ENTRY OF THE FOREGOING ORDER:

Office of the United States
Trustee of the Eastern
District of New York

By: _____
     William E. Curtin, Esq.