# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

---

IN RE:  
  MaribellaX Group, Ltd.  
  aka Maribellax Group  

SSN/TAX ID:  
  13–4176924  

CASE NO: 1–10–40156–cec

CHAPTER: 11

DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on March 3, 2010 was filed on March 30, 2010 .

The following deadlines apply:

The parties have until April 6, 2010 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is April 20, 2010.

If a Transcript Redaction Request is filed, the redacted transcript is due April 30, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is June 28, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Compu–Scribe, Inc., (800) 300–1012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: March 31, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]