In re Maribellax Group Ltd._____

    **Debtor**

Case No. 1-10-40156-CEC___

Reporting Period: March 1, 2010 to March 31, 2010___

Federal Tax I.D. # 13-4176924___

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | x | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | |
| Taxes Reconciliation and Aging | MOR-5 | x | |
| Payments to Insiders and Professional | MOR-6 | x | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | x | |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date 1-20-2010

Signature of Authorized Individual* _____     Date _____

Printed Name of Authorized Individual _____     Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| (ACCOUNT NUMBER(S)) | OTHER 9115 | OTHER 10 | | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | -23,739 | 0 | | | -23,739 |
| **RECEIPTS** | | | | | |
| RENT | 70,790 | 1,500 | | | 72,290 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | 0 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | 0 |
| LOANS AND ADVANCES | 6,000 | | | | 6,000 |
| SALE OF ASSETS | | | | | 0 |
| OTHER *(ATTACH LIST)* | 9,049 | | | | 9,049 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | 0 |
| **TOTAL RECEIPTS** | 85,839 | 1,500 | 0 | | 87,339 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | | 0 |
| PAYROLL TAXES | | | | | 0 |
| SALES, USE, & OTHER TAXES | 300 | | | | 300 |
| INVENTORY PURCHASES | | | | | 0 |
| SECURED/ RENTAL/ LEASES | 4,675 | | | | 4,675 |
| INSURANCE | 96 | | | | 96 |
| ADMINISTRATIVE | 1,702 | 94 | | | 1,796 |
| SELLING | 5,366 | | | | 5,366 |
| OTHER *(ATTACH LIST)* | 37,875 | 1,150 | | | 39,025 |
| OWNER DRAW * | | | | | 0 |
| TRANSFERS *(TO DIP ACCTS)* | | | | | 0 |
| PROFESSIONAL FEES | | | | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0 |
| COURT COSTS | | | | | 0 |
| **TOTAL DISBURSEMENTS** | 50,014 | 1,244 | 0 | | 51,258 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 35,825 | 256 | 0 | | 36,081 |
| **CASH – END OF MONTH** | 12,086 | 256 | 0 | 0 | 12,342 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 51,258 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 51,258 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Other Receipts

| | | |
|---|---|---|
| Affiliate | $ | 3,049 |
| Security Deposit | | 6,000 |
| Total | $ | 9,049 |

Other Disbursements -

| | | |
|---|---|---|
| Bank Charges | $ | 700 |
| Affiliate | | 2,970 |
| Officer | | 4,000 |
| Loan and Advances | | 6,000 |
| Security Deposit | | 7,000 |
| Repairs and Maintenance | | 2,579 |
| Outside Services | | 15,776 |
| Total | $ | 39,025 |

MARIBELLAX GROUP LTD
63 MONTGOMERY AVENUE
STATEN ISLAND, NY 10301

PERIODIC STATEMENT
Date:   Mar 31, 2010
Period: Mar 01, 2010 to Mar 31, 2010
    (31 Days )

Effective 3/1/10 Our Evening Hours will be Thursdays & Fridays 4-6 p.m.
Thursday - 755 Forest Ave West Brighton & 1762 Hylan Blvd, Dongan Hills.
Friday - 4142 Hylan Blvd, Great Kills & 1065 Bay Street, Rosebank.

ACCOUNT #: CK  - 003-008986   Business Checking

Maribellax Group ltd

Enclosures: 34

| | Amount |
|---|---|
| **Beginning Balance** as of 03/01/10 | 831.87 |
| Deposits & Other Credits | 90,738.52 |
| Checks & Other Debits | 93,173.02 |
| Average Balance | 372.20 |
| **Ending Balance** as of 03/31/10 | |

Charges And Fees     -1,602.63

| | |
|---|---|
| 1 Monthly Service Fee | 15.00 |
| 25 Paid NSF Fee | 625.00 |
| 2 Returned NSF Fee | 60.00 |

Transaction Information

| Date | Check# | Description | Amount |
|---|---|---|---|
| 03/01 | | Deposit | |
| 03/01 | | ACH Debit PHONE PYMT, CAPITAL ONE ID: 005839860016910 | 2,500.00 |
| 03/02 | | Paid NSF Fee | 500.00- |
| 03/02 | | Paid NSF Fee | 25.00- |
| 03/02 | | Paid NSF Fee | 25.00- |
| 03/02 | | Paid NSF Fee | 25.00- |
| 03/02 | | Paid NSF Fee | 25.00- |
| 03/03 | | Deposit | 25.00- |
| | | | 6,000.00 |

Account #: CK ~003-008986

## Transaction Information (continued)

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 03/03 | | Deposit | |
| 03/03 | | ACH Debit BILL PAY, BILLMATRIX Telephone | 28,195.66 |
| | | Initiated Transaction- ID: 4513052892 | |
| 03/03 | | ACH Debit BILL PAY, VERIZON MAIN Telephone | 3.50— |
| | | Initiated Transaction- ID: 4513052891 | |
| 03/03 | | Paid NSF Fee | 739.59— |
| 03/03 | | Paid NSF Fee | 25.00— |
| 03/03 | | Paid NSF Fee | 25.00— |
| 03/04 | | Deposit | 25.00— |
| 03/04 | | Correction of Deposit | 3,422.56 |
| 03/04 | 2759 | Returned Item Credit | 200.00— |
| 03/04 | 2771 | Returned Item Credit | 1,500.00 |
| 03/05 | 2770 | Returned Item Credit | 6,000.00 |
| 03/05 | | Returned NSF Fee | 1,000.00 |
| 03/05 | | Returned NSF Fee | 30.00— |
| 03/09 | | Returned Deposit Item | 30.00— |
| 03/09 | | Paid NSF Fee | 1,400.00— |
| 03/09 | | Paid NSF Fee | 25.00— |
| 03/09 | | Paid NSF Fee | 25.00— |
| 03/09 | | Paid NSF Fee | 25.00— |
| 03/10 | | Deposit | 25.00— |
| 03/10 | | Paid NSF Fee | 4,600.00 |
| 03/11 | | Transfer Deposit | 25.00— |
| 03/11 | | Deposit | 1,493.00 |
| 03/15 | | Deposit | 1,400.00— |
| 03/15 | | ACH Debit CT PYMT, NYS TAX & FINANC ID: | 6,156.39 |
| | | 00114368 | |
| 03/16 | | Returned Deposit Item | 300.00— |
| 03/16 | | ACH Debit PHONE PYMT, CAPITAL ONE ID: | 1,400.00— |
| | | 007439860043039 | |
| 03/16 | | Paid NSF Fee | 200.00— |
| 03/17 | | fr003008973 | 25.00— |
| 03/17 | | Deposit | 861.00 |
| 03/18 | | Paid NSF Fee | 1,650.00 |
| 03/18 | | from 003-008973 | 25.00— |
| 03/19 | | Paid NSF Fee | 1,655.00 |
| 03/19 | | from 003-008973 | 25.00— |
| 03/22 | | Deposit | 522.00 |
| 03/22 | | to 003-008973 | 403.00 |
| | | Deposit | 1,630.00— |
| | | | 3,819.24 |

Mar 31, 2010

## Transaction Information (continued)

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 03/22 | | ACH Debit PHONE PYMT, CAPITAL ONE ID: 007939860001159 | 200.00— |
| 03/24 | | 003-008973 | 11.00 |
| 03/25 | | Paid NSF Fee | 25.00— |
| 03/26 | | Deposit | 1,500.00 |
| 03/26 | | Paid NSF Fee | 25.00— |
| 03/29 | | to 003-008973 | 1,340.00— |
| 03/29 | | Deposit | 10,049.67 |
| 03/29 | | Paid NSF Fee | 25.00— |
| 03/30 | | Deposit | 1,400.00 |
| 03/30 | | Deposit | 1,600.00 |
| 03/30 | | ACH Debit INTELL CK, CON ED OF NY ID: 702145305900023 | 91.44— |
| 03/30 | | Paid NSF Fee | 25.00— |
| 03/30 | | ACH Debit INTELL CK, CON ED OF NY ID: 702145165500004 | 131.73— |
| 03/30 | | Paid NSF Fee | 25.00— |
| 03/30 | | ACH Debit INTELL CK, CON ED OF NY ID: 702145174020002 | 599.02— |
| 03/30 | | Paid NSF Fee | 25.00— |
| 03/30 | | ACH Debit BMWES PYMT, BMWFINANCIAL SVS Telephone Initiated Transaction— ID: 98303086 | 1,418.24— |
| 03/30 | | Paid NSF Fee | 25.00— |
| 03/30 | | ACH Debit INTELL CK, CON ED OF NY ID: 702145173900006 | 2,017.04— |
| 03/30 | | Paid NSF Fee | 25.00— |
| 03/31 | | Deposit | 5,000.00 |
| 03/31 | | Paid NSF Fee | 25.00— |
| 03/31 | | Monthly Service Fee | 15.00— |

## Check Information

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 03/03 | 200 | 424.58 | | 03/26 | 2031 * | 1,050.00 |
| 03/18 | 2025 * | 900.00 | | 03/29 | 2032 | 3,000.00 |
| 03/17 | 2026 | 1,600.00 | | 03/31 | 2033 | 1,720.00 |
| 03/25 | 2027 | 299.82 | | 03/29 | 2035 * | 1,000.00 |
| 03/26 | 2028 | 1,680.00 | | 03/31 | 2040 * | 500.00 |
| 03/26 | 2029 | 66.00 | | 03/15 | 2627 * | 6,100.00 |

## Check Information (continued)

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 03/01 | 2744 * | 1,000.00 | | 03/04 | 2770 | 1,000.00 |
| 03/23 | 2750 * | 1,000.00 | | 03/04 | 2771 | 6,000.00 |
| 03/02 | 2751 | 6,000.00 | | 03/10 | 2772 | 1,680.00 |
| 03/08 | 2756 * | 175.00 | | 03/03 | 2773 | 1,750.00 |
| 03/04 | 2759 * | 1,500.00 | | 03/09 | 2774 | 116.57 |
| 03/02 | 2760 | 16,162.00 | | 03/08 | 2775 | 200.00 |
| 03/02 | 2761 | 3,375.00 | | 03/09 | 2776 | 1,300.00 |
| 03/02 | 2762 | 5,291.00 | | 03/09 | 2777 | 1,050.00 |
| 03/02 | 2763 | 2,960.00 | | 03/29 | 2778 | 6,000.00 |
| 03/23 | 2765 * | 1,000.00 | | 03/10 | 2779 | 700.00 |
| 03/02 | 2767 (* | 254.45 | | 03/15 | 2780 | 392.54 |
| 03/09 | 2768 | 95.50 | | 03/17 | 2781 | 1,680.00 |
| 03/01 | 2769 | 1,280.00 | | | | |

* Indicates a break in the Check number order.

## Daily Balance Information

| Date | Balance | | Date | Balance | | Date | Balance |
|------|---------|---|------|---------|---|------|---------|
| 03/01 | 551.87 | | 03/11 | 1,400.90 | | 03/24 | 0.99 |
| 03/02 | -33,615.58 | | 03/15 | 764.75 | | 03/25 | -323.83 |
| 03/03 | -2,412.59 | | 03/16 | -860.25 | | 03/26 | -1,644.83 |
| 03/04 | -7,690.03 | | 03/17 | -1,654.25 | | 03/29 | -2,960.16 |
| 03/05 | 749.97 | | 03/18 | -924.25 | | 03/30 | -4,342.63 |
| 03/08 | 374.97 | | 03/19 | 0.75 | | 03/31 | -1,602.63 |
| 03/09 | -3,687.10 | | 03/22 | 1,989.99 | | | |
| 03/10 | -1,492.10 | | 03/23 | -10.01 | | | |



3/3/2010   200   $424.58

3/3/2010   200   $424.58

3/18/2010   2025   $900.00

3/18/2010   2025   $900.00

3/17/2010   2026   $1,600.00

3/17/2010   2026   $1,600.00

3/25/2010   2027   $299.82

3/25/2010   2027   $299.82

3/26/2010   2028   $1,680.00

3/26/2010   2028   $1,680.00

3/26/2010   2029   $66.00

3/26/2010   2029   $66.00



3/1/2010   2744   $1,000.00

3/1/2010   2744   $1,000.00

3/23/2010   2750   $1,000.00

3/23/2010   2750   $1,000.00

3/2/2010   2751   $6,000.00

3/2/2010   2751   $6,000.00

3/8/2010   2756   $175.00

3/8/2010   2756   $175.00

3/2/2010   2760   $16,162.00

3/2/2010   2760   $16,162.00

3/2/2010   2761   $3,375.00

3/2/2010   2761   $3,375.00



3/26/2010    2031    $1,050.00

3/26/2010    2031    $1,050.00

3/29/2010    2032    $3,000.00

3/29/2010    2032    $3,000.00

3/31/2010    2033    $1,720.00

3/31/2010    2033    $1,720.00

3/29/2010    2035    $1,000.00

3/29/2010    2035    $1,000.00

3/31/2010    2040    $500.00

3/31/2010    2040    $500.00

3/15/2010    2627    $6,100.00

3/15/2010    2627    $6,100.00



3/2/2010   2762   $5,291.00

3/2/2010   2762   $5,291.00

3/2/2010   2763   $2,960.00

3/2/2010   2763   $2,960.00

3/23/2010   2765   $1,000.00

3/23/2010   2765   $1,000.00

3/2/2010   2767   $254.45

3/2/2010   2767   $254.45

3/9/2010   2768   $95.50

3/9/2010   2768   $95.50

3/2/2010   2769   $1,280.00

3/2/2010   2769   $2,280.00



3/10/2010   2772   $1,680.00

3/10/2010   2772   $1,680.00

3/3/2010   2773   $1,750.00

3/3/2010   2773   $1,750.00

3/9/2010   2774   $116.57

3/9/2010   2774   $116.57

3/8/2010   2775   $200.00

3/8/2010   2775   $200.00

3/9/2010   2776   $1,300.00

3/9/2010   2776   $1,300.00

3/9/2010   2777   $1,050.00

3/9/2010   2777   $1,050.00



3/29/2010   2778   $6,000.00

3/10/2010   2779   $700.00

3/15/2010   2780   $392.54

3/17/2010   2781   $1,680.00

3/29/2010   2778   $6,000.00

3/10/2010   2779   $700.00

3/15/2010   2780   $392.54

3/17/2010   2781   $1,680.00

# Maribella X Group, Ltd.
## Reconciliation Summary
### Signature, Period Ending 03/31/2010

| | Apr 10, 10 |
|---|---|
| Beginning Balance | 0.00 |
| Deposits and Credits | 1,500.00 |
| Checks and Payments | -1,243.88 |
| Ending Balance | 256.12 |

# Maribella X Group, Ltd.
## Reconciliation Detail
### Signature, Period Ending 03/31/2010

| Type | Date | Num | Name | Account | Clr | Amount | Balance |
|------|------|-----|------|---------|-----|--------|---------|
| **Beginning Balance** | | | | | | | 0.00 |
|   Deposits and Credits | | | | | | | |
| Payment | 3/2/2010 | | Robert Matlock | Signature | X | 1,500.00 | 1,500.00 |
|   Total Deposits and Credits | | | | | | 1,500.00 | 1,500.00 |
|   Checks and Payments | | | | | | | |
| Check | 3/9/2010 | | Bank Charge | Signature | X | -93.88 | -93.88 |
| Check | 3/15/2010 | 1002 | John Larkin | Signature | X | -150.00 | -243.88 |
| Check | 3/12/2010 | 1001 | Maria Love | Signature | X | -1,000.00 | -1,243.88 |
|   Total Checks and Payments | | | | | | -1,243.88 | -1,243.88 |
| **Ending Balance** | | | | | | 256.12 | 256.12 |



038351-9-253
MARIBELLAX GROUP, LTD. DIP
DEBTOR-IN-POSSESSION 1-10-40156-CEC
63 MONTGOMERY AVE
STATEN ISLAND NY  10301

See Back for Important Information

Primary Account: 1501204303          2

FOR MORE INFORMATION ABOUT SIGNATURE BANK PRODUCTS AND
SERVICES. PLEASE CONTACT YOUR PRIVATE CLIENT BANKING
TEAM, VISIT WWW.SIGNATURENY.COM, OR CALL TOLL-FREE
1-866-SIGLINE

## Signature Relationship Summary

| BANK DEPOSIT ACCOUNTS | | Opening Bal | Closing Bal |
|---|---|---|---|
| 1501204303 | BANKRUPTCY CHECKING | | |
| | | .00 | 259.12 |
| RELATIONSHIP | TOTAL | | 259.12 |



121100



SIGNATURE BANK

038351

Statement Period
From March 01, 2010
To March 31, 2010
Page 2 of 3

PRIVATE CLIENT GROUP 263

MARIBELLAX GROUP, LTD. DIP
DEBTOR-IN-POSSESSION 1-10-40156-CEC
63 MONTGOMERY AVE
STATEN ISLAND NY 10301

See Back for Important Information

Primary Account: 1501204303           2

**BANKRUPTCY CHECKING**           **1501204303**

**Summary**

| | | |
|---|---|---:|
| Previous Balance as of March 01, 2010 | | .00 |
| 1 Credits | | 1,500.00 |
| 3 Debits | | 1,243.88 |
| Ending Balance as of March 31, 2010 | | 256.12 |

**Deposits and Other Credits**

| | | |
|---|---|---:|
| Mar 01 DEPOSIT | | 1,500.00 |

**Withdrawals and Other Debits**

| | | | | |
|---|---|---|---|---:|
| Mar 09 AUTOMATED PAYMENT | ck/ref no. | 862419 | | 93.88 |
| DLX FOR BUSINESS | BUS PROD | 02016271234128 | | |

**Checks by Serial Number**

| | | | | | |
|---|---|---:|---|---|---:|
| Mar 15 | 1001 | 1,000.00 | Mar 16 | 1002 | 150.00 |

**Daily Balances**

| | | | | |
|---|---:|---|---|---:|
| Feb 28 | .00 | | | |
| Mar 01 | 1,500.00 | Mar 15 | | 406.12 |
| Mar 09 | 1,406.12 | Mar 16 | | 256.12 |

Rates for this statement period - Overdraft
Mar 01, 2010   12.250000 %





03/15/10    1001    1,000.00



03/16/10    1002    150.00



# Maribella X Group, Ltd.
## Check Detail
### March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | 3/1/2010 | **Best Buy** | | 10131 · Victory state - Ch... | | -424.58 |
| | | | | | 6600 · Office | -424.58 | 424.58 |
| TOTAL | | | | | | -424.58 | 424.58 |
| **Check** | | 3/1/2010 | **Capital One** | | 10131 · Victory state - Ch... | | -500.00 |
| | | | | | 6600 · Office | -500.00 | 500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| **Bill Pmt -Check** | | 3/3/2010 | **Verizon-720-6644** | | 10131 · Victory state - Ch... | | -739.59 |
| Bill | | 3/5/2010 | | | 6390 · Utilities | -739.59 | 739.59 |
| TOTAL | | | | | | -739.59 | 739.59 |
| **Check** | | 3/3/2010 | **verizon** | | 10131 · Victory state - Ch... | | -3.50 |
| | | | | | 6340 · Telephone | -3.50 | 3.50 |
| TOTAL | | | | | | -3.50 | 3.50 |
| **Check** | | 3/15/2010 | **NYS Corporation ...** | | 10131 · Victory state - Ch... | | -300.00 |
| | | | | | 6650 · State | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| **Check** | | 3/16/2010 | **Capital One** | | 10131 · Victory state - Ch... | | -200.00 |
| | | | | | 6600 · Office | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| **Bill Pmt -Check** | | 3/19/2010 | **Keyspan- 30665-4...** | | 10131 · Victory state - Ch... | | -244.09 |
| Bill | | 2/2/2010 | | | 6390 · Utilities | -244.09 | 244.09 |
| TOTAL | | | | | | -244.09 | 244.09 |
| **Bill Pmt -Check** | | 3/19/2010 | **Capital One-5178...** | | 10131 · Victory state - Ch... | | -200.00 |
| Bill | | 12/9/2009 | | | 6600 · Office | -200.00 | 1,000.00 |
| TOTAL | | | | | | -200.00 | 1,000.00 |
| **Check** | | 3/22/2010 | **Brite Carting** | | 10131 · Victory state - Ch... | | -1,630.00 |
| | | | | | 1155 · Due to/from Brite C... | -1,630.00 | 1,630.00 |
| TOTAL | | | | | | -1,630.00 | 1,630.00 |
| **Bill Pmt -Check** | | 3/24/2010 | **BMW Financial S...** | | 10131 · Victory state - Ch... | | -1,418.24 |
| Bill | | 2/8/2010 | | | 6110 · Automobile Expense | -1,418.24 | 1,418.24 |
| TOTAL | | | | | | -1,418.24 | 1,418.24 |
| **Bill Pmt -Check** | | 3/27/2010 | **Con Edison-41 Vi...** | | 10131 · Victory state - Ch... | | -91.44 |
| Bill | | 1/1/2010 | | | 6390 · Utilities | -91.44 | 91.44 |

# Maribella X Group, Ltd.
## Check Detail
### March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | | | | -91.44 | 91.44 |
| | | | | | | | |
| **Bill Pmt -Check** | | 3/27/2010 | Con Edison-65 | | **10131 · Victory state - Ch...** | | **-524.02** |
| Bill | | 3/5/2010 | | | 6390 · Utilities | -524.02 | 524.02 |
| TOTAL | | | | | | -524.02 | 524.02 |
| | | | | | | | |
| **Bill Pmt -Check** | | 3/27/2010 | Con Edison-63 | | **10131 · Victory state - Ch...** | | **-2,017.04** |
| Bill | | 11/4/2009 | | | 6390 · Utilities | -881.90 | 881.90 |
| Bill | | 3/5/2010 | | | 6390 · Utilities | -1,135.14 | 1,135.14 |
| TOTAL | | | | | | -2,017.04 | 2,017.04 |
| | | | | | | | |
| **Bill Pmt -Check** | | 3/27/2010 | Con Edison-59 M... | | **10131 · Victory state - Ch...** | | **-131.73** |
| Bill | | 7/7/2008 | | | 6390 · Utilities | -46.23 | 46.23 |
| Bill | | 11/4/2009 | | | 6390 · Utilities | -40.03 | 40.03 |
| Bill | | 2/8/2010 | | | 6390 · Utilities | -45.47 | 45.47 |
| TOTAL | | | | | | -131.73 | 131.73 |
| | | | | | | | |
| **Check** | | 3/29/2010 | Brite Carting | | **10131 · Victory state - Ch...** | | **-1,340.00** |
| | | | | | 1155 · Due to/from Brite C... | -1,340.00 | 1,340.00 |
| TOTAL | | | | | | -1,340.00 | 1,340.00 |
| | | | | | | | |
| **Check** | | 3/31/2010 | Bank Charge | | **10131 · Victory state - Ch...** | | **-700.00** |
| | | | | | 6120 · Bank Service Charg... | -700.00 | 700.00 |
| TOTAL | | | | | | -700.00 | 700.00 |
| | | | | | | | |
| **Check** | 2025 | 3/12/2010 | Maria Love | | **10131 · Victory state - Ch...** | | **-900.00** |
| | | | | | 6265 · Outside Services | -900.00 | 900.00 |
| TOTAL | | | | | | -900.00 | 900.00 |
| | | | | | | | |
| **Check** | 2026 | 3/17/2010 | Cash | | **10131 · Victory state - Ch...** | | **-1,600.00** |
| | | | | | 6300 · Repairs | -1,600.00 | 1,600.00 |
| TOTAL | | | | | | -1,600.00 | 1,600.00 |
| | | | | | | | |
| **Check** | 2027 | 3/17/2010 | costco | | **10131 · Victory state - Ch...** | | **-299.82** |
| | | | | | 6580 · Supplies | -299.82 | 299.82 |
| TOTAL | | | | | | -299.82 | 299.82 |
| | | | | | | | |
| **Check** | 2028 | 3/25/2010 | Wojciech Karas | | **10131 · Victory state - Ch...** | | **-1,680.00** |
| | | | | | 6265 · Outside Services | -1,680.00 | 1,680.00 |
| TOTAL | | | | | | -1,680.00 | 1,680.00 |
| | | | | | | | |
| **Check** | 2029 | 3/25/2010 | Wojciech Karas | | **10131 · Victory state - Ch...** | | **-66.00** |
| | | | | | 6265 · Outside Services | -66.00 | 66.00 |
| TOTAL | | | | | | -66.00 | 66.00 |

# Maribella X Group, Ltd.
## Check Detail
### March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | 2031 | 3/26/2010 | Maria Love | | 10131 · Victory state - Ch... | | -1,050.00 |
| | | | | | 6265 · Outside Services | -1,050.00 | 1,050.00 |
| TOTAL | | | | | | -1,050.00 | 1,050.00 |
| | | | | | | | |
| Check | 2032 | 3/27/2010 | Kevin Love | | 10131 · Victory state - Ch... | | -3,000.00 |
| | | | | | 1500 · Due to/from S/HKev... | -3,000.00 | 3,000.00 |
| TOTAL | | | | | | -3,000.00 | 3,000.00 |
| | | | | | | | |
| Check | 2033 | 3/30/2010 | Wojciech Karas | | 10131 · Victory state - Ch... | | -1,720.00 |
| | | | | | 6265 · Outside Services | -1,720.00 | 1,720.00 |
| TOTAL | | | | | | -1,720.00 | 1,720.00 |
| | | | | | | | |
| Check | 2035 | 3/24/2010 | Maria Love | | 10131 · Victory state - Ch... | | -1,000.00 |
| | | | | | 6265 · Outside Services | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| | | | | | | | |
| Check | 2039 | 3/31/2010 | Post Exterminati... | | 10131 · Victory state - Ch... | | -119.76 |
| | | | | | 6300 · Repairs | -119.76 | 119.76 |
| TOTAL | | | | | | -119.76 | 119.76 |
| | | | | | | | |
| Check | 2040 | 3/31/2010 | Maria Love | | 10131 · Victory state - Ch... | | -500.00 |
| | | | | | 6265 · Outside Services | -500.00 | 500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| | | | | | | | |
| Check | 2627 | 3/15/2010 | Maria Love | | 10131 · Victory state - Ch... | | -6,100.00 |
| | | | | | Loan Payable - Maria Love | -6,000.00 | 6,000.00 |
| | | | | | 6600 · Office | -100.00 | 100.00 |
| TOTAL | | | | | | -6,100.00 | 6,100.00 |
| | | | | | | | |
| Check | 2744 | 3/1/2010 | Cash | | 10131 · Victory state - Ch... | | -1,000.00 |
| | | | | | 1500 · Due to/from S/HKev... | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| | | | | | | | |
| Check | 2750 | 3/12/2010 | John Susino | | 10131 · Victory state - Ch... | | -1,000.00 |
| | | | | | 2500 · Security Deposits | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| | | | | | | | |
| Check | 2756 | 3/17/2010 | Gateway Academy | | 10131 · Victory state - Ch... | | -175.00 |
| | | | | | 6140 · Contributions | -175.00 | 175.00 |
| TOTAL | | | | | | -175.00 | 175.00 |
| | | | | | | | |
| Check | 2761 | 3/1/2010 | Northfield Bank | | 10131 · Victory state - Ch... | | -3,375.00 |
| | | | | | 2206 · Northfield LOC | -708.69 | 708.69 |
| | | | | | 1703 · Escrow - Northfield ... | -292.38 | 292.38 |
| | | | | | 7200 · Interest Exp | -2,373.93 | 2,373.93 |

# Maribella X Group, Ltd.
## Check Detail
### March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| TOTAL | | | | | | -3,375.00 | 3,375.00 |
| Check | 2765 | 3/19/2010 | Maria Love | | 10131 · Victory state - Ch... | | -1,000.00 |
| | | | | | 6265 · Outside Services | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | 2768 | 3/1/2010 | National Benefit ... | | 10131 · Victory state - Ch... | | -95.50 |
| | | | | | 6180 · Insurance | -95.50 | 95.50 |
| TOTAL | | | | | | -95.50 | 95.50 |
| Check | 2770 | 3/3/2010 | VOID | | 10131 · Victory state - Ch... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Check | 2771 | 3/3/2010 | VOID | | 10131 · Victory state - Ch... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Check | 2772 | 3/1/2010 | Wojciech Karas | | 10131 · Victory state - Ch... | | -1,680.00 |
| | | | | | 6265 · Outside Services | -1,680.00 | 1,680.00 |
| TOTAL | | | | | | -1,680.00 | 1,680.00 |
| Check | 2773 | 3/2/2010 | Wojciech Karas | | 10131 · Victory state - Ch... | | -1,750.00 |
| | | | | | 6265 · Outside Services | -1,750.00 | 1,750.00 |
| TOTAL | | | | | | -1,750.00 | 1,750.00 |
| Check | 2774 | 3/4/2010 | Home Depot | | 10131 · Victory state - Ch... | | -116.57 |
| | | | | | 6255 · Building | -116.57 | 116.57 |
| TOTAL | | | | | | -116.57 | 116.57 |
| Check | 2775 | 3/5/2010 | Jerry Sprinkler | | 10131 · Victory state - Ch... | | -200.00 |
| | | | | | 6255 · Building | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| Check | 2776 | 3/3/2010 | Berman David | | 10131 · Victory state - Ch... | | -1,300.00 |
| | | | | | 7200 · Interest Exp | -1,300.00 | 1,300.00 |
| TOTAL | | | | | | -1,300.00 | 1,300.00 |
| Check | 2777 | 3/5/2010 | Maria Love | | 10131 · Victory state - Ch... | | -1,050.00 |
| | | | | | 6265 · Outside Services | -1,050.00 | 1,050.00 |
| TOTAL | | | | | | -1,050.00 | 1,050.00 |
| Check | 2778 | 3/25/2010 | Robert Adamo | | 10131 · Victory state - Ch... | | -6,000.00 |
| | | | | | 6290 · Rent | -6,000.00 | 6,000.00 |

# Maribella X Group, Ltd.
## Check Detail
### March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | | | | -6,000.00 | 6,000.00 |
| | | | | | | | |
| Check | 2779 | 3/10/2010 | Maria Love | | 10131 · Victory state - Ch... | | -700.00 |
| | | | | | 6265 · Outside Services | -700.00 | 700.00 |
| TOTAL | | | | | | -700.00 | 700.00 |
| | | | | | | | |
| Check | 2780 | 3/11/2010 | Total Electric | | 10131 · Victory state - Ch... | | -392.54 |
| | | | | | 6255 · Building | -392.54 | 392.54 |
| TOTAL | | | | | | -392.54 | 392.54 |
| | | | | | | | |
| Check | 2781 | 3/17/2010 | Wojciech Karas | | 10131 · Victory state - Ch... | | -1,680.00 |
| | | | | | 6265 · Outside Services | -1,680.00 | 1,680.00 |
| TOTAL | | | | | | -1,680.00 | 1,680.00 |

# Maribella X Group, Ltd.
## Check Detail
### March 2010

| Type | Num | Date | Name | I... | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 3/9/2010 | Bank Charge | | Signature | | -93.88 |
| | | | | | 6120 · Bank Service Charges | -93.88 | 93.88 |
| TOTAL | | | | | | -93.88 | 93.88 |
| Check | | 3/15/2010 | VOID | | Signature | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Check | 1001 | 3/12/2010 | Maria Love | | Signature | | -1,000.00 |
| | | | | | 6265 · Outside Services | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | 1002 | 3/15/2010 | John Larkin | | Signature | | -150.00 |
| | | | | | 6255 · Building | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 66,998 | 138,651 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach MOR-5 (RE) Rent Roll | 66,998 | 138,651 |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | 2,398 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | 1,498 | 2,325 |
| Management Fees/Bonuses | | |
| Office Expense | 1,701 | 4,358 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 2,729 | 21,747 |
| Rent and Lease Expense | 6,000 | 18,000 |
| Salaries/Commissions/Fees | 0 | 1,500 |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | 2,435 | 2,435 |
| Taxes - Other | 300 | 300 |
| Travel and Entertainment | | |
| Telephone and Utilities | 3,089 | 7,509 |
| Other (attach schedule) | 16,570 | 42,525 |
| Total Operating Expenses Before Depreciation | 34,322 | 103,097 |
| Depreciation/Depletion/Amortization | 15,962 | 47,886 |
| Net Profit (Loss) Before Other Income & Expenses | 16,714 | -12,332 |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | | |
| Interest Expense | 38,047 | 73,543 |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | -21,333 | -85,875 |

In re Maribellax Group Ltd.
      Case No. 1-10-40156-CEC
    Debtor
      Reporting Period: March 1, 2010 to March 31, 2010

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -21,333 | -85,875 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank Charges | 700 | 1,834 |
| Outside Services | 15,776 | 40,443 |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 10,741 | -23,739 | 18,015 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | 24,132 | 27,823 | 64,915 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | 17,319 | 19,461 | 12,191 |
| *TOTAL CURRENT ASSETS* | 52,192 | 23,545 | 95,121 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 7,486,406 | 7,486,406 | 7,486,406 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | -625,336 | -610,074 | -579,550 |
| *TOTAL PROPERTY & EQUIPMENT* | 6,861,070 | 6,876,332 | 6,906,856 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | 20,221 | 16,221 | 15,221 |
| Other Assets *(attach schedule)* | 131,630 | 132,330 | 133,730 |
| *TOTAL OTHER ASSETS* | 151,851 | 148,551 | 148,951 |
| *TOTAL ASSETS* | 7,065,113 | 7,048,428 | 7,150,928 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition)** | | | |
| Accounts Payable | 6,031 | 5,454 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | 207,585 | 207,506 | 213,485 |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 7,089,879 | 7,051,216 | 7,062,867 |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 7,303,495 | 7,264,176 | 7,276,352 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | 610,053 | 611,354 | 624,217 |
| *TOTAL PRE-PETITION LIABILITIES* | 610,053 | 611,354 | 624,217 |
| *TOTAL LIABILITIES* | 7,913,548 | 7,875,530 | 7,900,569 |
| **OWNER EQUITY** | | | |
| Capital Stock | 3,000 | 3,000 | 3,000 |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | -765,560 | -765,560 | -752,641 |
| Retained Earnings - Post-petition | -85,875 | -64,542 | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | -848,435 | -827,102 | -749,641 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 7,065,113 | 7,048,428 | 7,150,928 |
| *"Insider" is defined in 11 U.S.C. Section 101(31). | 0 | 0 | 0 |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| Escrow | 17,319 | 19,461 | 12,191 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | 0 |
| FICA-Employee | | | | | | 0 |
| FICA-Employer | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Income | | | | | | 0 |
| Other: | | | | | | 0 |
| Total Federal Taxes | 0 | 0 | 0 | | | 0 |
| State and Local | | | | | | |
| Withholding | | | | | | 0 |
| Sales | | | | | | 0 |
| Excise | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Real Property | | | | | | 0 |
| Personal Property | | | | | | 0 |
| Other: | | | | | | 0 |
| Total State and Local | 0 | 0 | 0 | | | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | 3,203 | 0 | 2,827 | | | 6,031 |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders | | | | | | 0 |
| Other: | | | | | | 0 |
| Other: | | | | | | 0 |
| Total Post-petition Debts | 3,203 | 0 | 2,827 | 0 | 0 | 6,031 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

In re Maribellax Group Ltd.
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| | |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 27,823 |
| Plus: Amounts billed during the period | 66,998 |
| Less: Amounts collected during the period | 70,689 |
| Total Accounts Receivable at the end of the reporting period | 24,132 |

| | | | | |
|---|---|---|---|---|
| 0 - 30 days old | 480 | 4,185 | 550 | 18,917 | 24,132 |
| 31 - 60 days old | | | | | 0 |
| 61 - 90 days old | | | | | 0 |
| 91+ days old | | | | | 0 |
| Total Accounts Receivable | 480 | 4,185 | 550 | 18,917 | 24,132 |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | 480 | 4,185 | 550 | 18,917 | 24,132 |

## TAXES RECONCILIATION AND AGING

| | | | | |
|---|---|---|---|---|
| 0 - 30 days old | | | | | 0 |
| 31 - 60 days old | | | | | 0 |
| 61 - 90 days old | | | | | 0 |
| 91+ days old | | | | | 0 |
| Total Taxes Payable | 0 | 0 | 0 | 0 | 0 |
| Total Accounts Payable | | | | | |

Case No. 1-10-40156-CEC

Reporting Period: March 1, 2010 to March 31, 2010

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Kevin Love | | 4,000 | 5,000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Marbella Group Ltd._                Case No. _1-10-40156-CEC_
     _____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _____                Date filed: _1/11/10_

Line of Business: _Rental Real Estate_    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

|  |  | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 71,909

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____

Cash on Hand at End of Month $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 38,723

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 71,909

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 38,723

*(Subtract Line C from Line B)* CASH PROFIT FOR THE MONTH $ 33,186

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 6031.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 24,132

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Maribella X Group, Ltd.
## Profit & Loss
### March 2010

|  | Total |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 5000 · Rental | 71,909.00 |
| **Total Income** | 71,909.00 |
| | |
| **Expense** | |
| 6110 · Automobile Expense | 1,418.00 |
| 6120 · Bank Service Charges | 794.00 |
| 6180 · Insurance | 96.00 |
| 6255 · Building | 859.00 |
| 6265 · Outside Services | 15,776.00 |
| 6270 · Professional Fees | 0.00 |
| 6290 · Rent | 6,000.00 |
| 6300 · Repairs | 1,720.00 |
| 6340 · Telephone | 4.00 |
| 6390 · Utilities | 3,748.00 |
| 6540 · Lease Commissions | 0.00 |
| 6580 · Supplies - Office | 1,899.00 |
| 6640 · Property Taxes | 2,435.00 |
| 6582 · Corporate Taxes | 300.00 |
| 7200 · Interest Exp | 3,674.00 |
| **Total Expense** | 38,723.00 |
| | |
| **Net Ordinary Income** | 33,186.00 |
| | |
| **Net Income** | 33,186.00 |

## Maribella X Group, Ltd.
## A/P Aging Summary
### As of March 31, 2010

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Alarmingly- Affordable | 0.00 | 81.49 | 0.00 | 0.00 | 0.00 | 81.49 |
| Capital One-5178-0526-3251-2154 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| Con Edison-63 | 0.00 | 775.54 | 0.00 | 0.00 | 0.00 | 775.54 |
| Con Edison-65 | 0.00 | 143.87 | 0.00 | 0.00 | 0.00 | 143.87 |
| Keyspan- 30665-45763 | 0.00 | 502.66 | 0.00 | 0.00 | 0.00 | 502.66 |
| National Grid | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 |
| The Hartford Insurance | 0.00 | 1,402.54 | 0.00 | 0.00 | 0.00 | 1,402.54 |
| Time Warner Cable | 0.00 | 147.30 | 0.00 | 0.00 | 0.00 | 147.30 |
| Travelers Indemnity and Affiliates | 0.00 | 0.00 | 827.35 | 0.00 | 0.00 | 827.35 |
| TOTAL | 0.00 | 3,203.40 | 2,827.35 | 0.00 | 0.00 | 6,030.75 |

# Maribella X Group, Ltd.
## A/R Aging Summary
### As of March 31, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Bayview Community Council | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 20.00 |
| Community Health Action | 0.00 | 0.00 | 0.00 | 0.00 | 916.76 | 916.76 |
| Diamond Chiropractic PC | 0.00 | 1,680.00 | 1,680.00 | 0.00 | 0.00 | 3,360.00 |
| J  Luna International Business, Inc | 0.00 | -1,600.00 | 0.00 | 0.00 | 0.00 | -1,600.00 |
| Jorg Vaterlaus | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 3,000.00 |
| Kruise & Hass | 0.00 | 1,700.00 | 0.00 | 0.00 | 0.00 | 1,700.00 |
| McNeil, Tom | 0.00 | -1,300.00 | 0.00 | 0.00 | 0.00 | -1,300.00 |
| Profit Wisdom | 0.00 | 0.00 | 0.00 | 0.00 | 18,000.00 | 18,000.00 |
| Rent A Center | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | 550.00 |
| Robert Matlock | 0.00 | -1,500.00 | 0.00 | 0.00 | 0.00 | -1,500.00 |
| Susino | 0.00 | 0.00 | 985.00 | 0.00 | 0.00 | 985.00 |
| TOTAL | 0.00 | 480.00 | 4,185.00 | 550.00 | 18,916.76 | 24,131.76 |