UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                                          : Case No. 10-40156 (CEC)

In re                                                      :

MARIBELLAX GROUP, LTD.,              : (Chapter 11)

                          Debtor.                   :

-------------------------------------------------------- x

## ORDER DIRECTING APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon the motion of the United States Trustee, filed on April 22, 2010, to convert this chapter 11 case to chapter 7 or dismiss this case, or in the alternative direct the appointment of a chapter 11 trustee, pursuant to 11 U.S.C. §§ 1112(b) and 1104(a)(3); upon the motion of secured creditor Sovereign Bank, filed on April 28, 2010, to convert this chapter 11 case to chapter 7; upon the evidentiary hearing held before this Court on June 1, 2010; upon the Court's findings that cause exists to convert or dismiss the Debtor's case under 11 U.S.C. § 1112(b)(4) but that, under 11 U.S.C. § 1104(a)(3), appointment of a chapter 11 trustee is in the best interests of creditors and the estate; and it appearing that appropriate notice has been given; it is hereby

ORDERED, that*, **pursuant to 11 U.S.C. § 1104(a)(3), (CEC)*** the United States Trustee appoint a Chapter 11 trustee, with all of the rights, powers and duties authorized under 11 U.S.C. §§ ~~§ 1104 and~~ 1106 ***(CEC)***.



**Dated: Brooklyn, New York**
      **June 4, 2010**

                                                    **Carla E. Craig**
                                    **United States Bankruptcy Judge**