```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
IN RE:
                                    Chapter 11
                                    Reorganization
MARIBELLAX GROUP, LTD.,             Case No.:  10-40156 (CEC)

                    Debtor.
-------------------------------X
```

## NOTICE OF MOTION TO
## APPROVE DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that upon the application of KEVIN BARRY LOVE, an interested party (the "Proponent"), by his attorney, MICHAEL T. SUCHER, ESQ., Proponent will move this Court before the Hon. CARLA E. CRAIG, U.S.B.J., at the Courthouse located at 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201, on July 20, 2011 at 2:30 p.m. in the afternoon or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. §1125 and FRBP Rule 3017 approving the Disclosure Statement as filed by Proponent and determining that the same contains adequate information, and for such other and further relief as to this Court may seem just, equitable and proper.

PLEASE TAKE FURTHER NOTICE, that if you wish to receive a copy of the Plan and Disclosure Statement as filed by the Proponent, you must a request a copy of the same in writing, from the attorney for the Proponent at his office address listed below.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief herein shall be in writing, shall state with particularity the grounds for the objection, shall be filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Proponent at least three (3) days prior to the hearing date of the within motion.

Dated: Brooklyn, New York
      June 22, 2011

/s/ *Michael T. Sucher, Esq.*
MICHAEL T. SUCHER, ESQ.
*Attorney for Proponent*
KEVIN BARRY LOVE
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995
nylawyer@aol.com